♦AO 245B (CASD) (Rev. 4/14) Judgment in a Criminal Case
Sheet 1

FILED

JUL 26 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
RANDY ALTON GRAVES (1)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 14CR1288-DMS

Jeremy Warren CJA
Defendant's Attorney

REGISTRATION NO. 04200112

☐

THE DEFENDANT:
☐ pleaded guilty to count(s) _____
☒ was found guilty on count(s) 4, 5 and 10 of the 5th Superseding Indictment
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 846, 841(a)(1) and 841(b)(1)(A)(viii) | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE | 4 |
| 21 USC 846, 841(a)(1) and 841(b)(1)(A)(vii) | CONSPIRACY TO DISTRIBUTE MARIJUANA | 5 |
| 21 USC 841(a)(1) and 841(b)(1)(A)(viii) | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE | 10 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) remaining _____ is ☐ are ☒ dismissed on the motion of the United States.
☒ Assessment: $300.00 ($100.00 as to each of Counts 4, 5 and 10 of the 5th Superseding Indictment.

☐ Fine waived    ☒ Forfeiture pursuant to order filed    July 7, 2016    , included herein.
IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

July 26, 2016
Date of Imposition of Sentence

HON. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

14CR1288-DMS

AO 245B (CASD) (Rev. 4/14)   Judgment in a Criminal Case
Sheet 2 — Imprisonment

Judgment — Page  2  of  3

DEFENDANT: RANDY ALTON GRAVES (1)
CASE NUMBER: 14CR1288-DMS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of LIFE as to each of Counts 4, 5 and 10 of the 5th Superseding Indictment, to run concurrently.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____   ☐ a.m.   ☐ p.m.   on _____ .

  as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

**14CR1288-DMS**

AO 245S    Judgment in Criminal Case
           Sheet 5 — Criminal Monetary Penalties

DEFENDANT: RANDY ALTON GRAVES (1)
CASE NUMBER: **14CR1288-DMS**

Judgment — Page **3** of **3**

# FINE

The defendant shall pay a fine in the amount of _____$15,000.00_____ unto the United States of America.

This sum shall be paid   ___ immediately.
                          _x_ as follows:

Counsel to provide to the Court an agreed upon payment schedule. If no agreement can be reached, the Court will hold a hearing to determine the payment schedule.

The Court has determined that the defendant _____ have the ability to pay interest. It is ordered that:

___ The interest requirement is waived.

___ The interest is modified as follows:

**14CR1288-DMS**