UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANDY GRAVES, ) <br> ) <br> Defendants. ) <br> ———————————————— ) | Case No.: 14cr1288-DMS <br><br> Order continuing sentencing |

Good cause appearing, the Court continues the sentencing hearing from April 22, 2021, to September 2, 2021, at 9:30 a.m.

So ordered.

Dated: April 14, 2021

_____
Hon. Dana M. Sabraw
United States District Judge